# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv246

| | |
|---|---|
| **US AIRLINE PILOTS ASSOCIATION,** ) ) ) Plaintiff, ) ) vs. ) ) AWAPPA, LLC, *et al.*, ) ) Defendants. ) ) ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Applications for Admission to Practice *Pro Hac Vice*. [Docs. 20, 21, 22, 23].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiff's Applications [Docs. 20, 21, 22, 23] are **ALLOWED**, and Lucas K. Middlebrook, Stanley J. Silverstone, Nicholas Paul Granath, and Lee Seham are hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court for each applicant.

**IT IS SO ORDERED.**

Signed: June 5, 2008

Martin Reidinger
United States District Judge