# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv246

| | |
|---|---|
| **US AIRLINE PILOTS ASSOCIATION,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**AWAPPA, LLC,** *et al.*, )<br>)<br>Defendants. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendants' Applications for Admission to Practice *Pro Hac Vice*. [Docs. 30, 31, 32].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendants' Applications [Docs. 30, 31, 32] are **ALLOWED**, and Jeffrey Freund, Marty Harper, and John M. West are hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court for each applicant.

**IT IS SO ORDERED.**

Signed: June 12, 2008

Martin Reidinger
United States District Judge