# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv246

| | |
|---|---|
| **US AIRLINE PILOTS ASSOCIATION,** ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **AWAPPA, LLC,** *et al.*, ) <br> ) <br> Defendants. ) <br> ) | **O R D E R** |

**THIS MATTER** is before the Court on the Applications on behalf of Defendants' Auxier, Cundari, Tooke, Braid, Narloch, Hannah, Gabaldon, and Metzker for Admission of attorneys Lat J. Celmins and Patrick J. Van Zanen to Practice *Pro Hac Vice* in this Court on their behalf in this matter. [Docs. 37, 38].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that the Applications on behalf of Defendants' Auxier, Cundari, Tooke, Braid, Narloch, Hannah, Gabaldon, and Metzker [Docs. 37, 38] are **ALLOWED**, and Lat J. Celmins and Patrick J. Van Zanen are hereby granted *pro hac vice* admission to the bar

of this Court, payment of the admission fee having been received by the Clerk of this Court for each applicant.

**IT IS SO ORDERED.**

Signed: June 23, 2008

Martin Reidinger
United States District Judge