# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv246

| | |
|---|---|
| **US AIRLINE PILOTS ASSOCIATION,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **AWAPPA, LLC,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Applications on behalf of Defendants' AWAPPA LLC, McIlvenna, Vasin, Blandino, Ferguson, Koontz, and Payne for Admission of attorneys Andrew S. Jacob and Kelly J. Flood to Practice *Pro Hac Vice* in this Court on their behalf in this matter. [Docs. 34, 35].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that the Applications on behalf of Defendants' AWAPPA LLC, McIlvenna, Vasin, Blandino, Ferguson, Koontz, and Payne [Docs. 34, 35] are **ALLOWED**, and Andrew S. Jacob and Kelly J. Flood are hereby granted *pro hac vice* admission to the bar of

this Court, payment of the admission fee having been received by the Clerk of this Court for each applicant.

**IT IS SO ORDERED.**

Signed: June 23, 2008

Martin Reidinger
United States District Judge