# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv246

| | |
|---|---|
| **US AIRLINE PILOTS ASSOCIATION,** ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **AWAPPA, LLC,** *et al.*, ) <br> ) <br> Defendants. ) <br> _____) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Application for Admission of attorney Susan Tracy Edwards to Practice *Pro Hac Vice* in this Court on its behalf in this matter. [Doc. 90].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that the Application on behalf of the Plaintiff [Doc. 90] is **ALLOWED**, and Susan Tracy Edwards is hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: July 7, 2008

Martin Reidinger
United States District Judge