# United States District Court
# For The Western District of North Carolina
# Charlotte Division

US Airline Pilorts Association,

       Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                                    3:08cv246

AwaPPA LLC etal,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/11/08 Order.

                                              Signed: July 14, 2008

                                              Frank G. Johns, Clerk
                                              United States District Court