# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**CIVIL CASE NO. 3:08cv246**

| | |
|---|---|
| US AIRLINE PILOTS ASSOCIATION, ) ) ) Plaintiff, ) ) vs. ) ) AWAPPA, LLC, JOHN MCILVENNA, MITCH VASIN, PETER BLANDINO, ERIC FERGUSON, JEFF KOONTZ, RUSS PAYNE, KEITH KRUEGER, ERIC AUXIER, CHRISTOPHER CUNDARI, JACK TOOKE, DAVID BRAID, ROBERT J. NARLOCH, BRUCE A. HANNAH, RON GABALDON, SHAWN METZKER, JURIE MAREE, AL CASBY, JEFF ABBOTT, MARK DOYAL, LARRY DIEHL, STEVE TRIMMER, CJ SZMAL, JOE HEIL, KEVIN STEELE, and JOHN DOES 1-100, ) ) ) Defendants. ) | <u>O R D E R</u> |

**THIS MATTER** is before the Court on the Motions to Dismiss [Docs. 99, 103] filed by the Defendants Mark Doyal and Jeff Abbott, both of whom are proceeding *pro se.*

The Court entered an Order on July 11, 2008, dismissing the federal claims stated in the Plaintiff's Amended Complaint for lack of subject matter jurisdiction and dismissing the Plaintiff's state law claims pursuant to 28 U.S.C. §1367(c). [Doc. 97]. The Clerk of Court subsequently entered a Judgment in accordance with the Court's Order. [Doc. 98]. This matter, including the claims against the moving Defendants, having already been dismissed, the Motions to Dismiss [Docs. 99, 103] filed by Defendants Doyal and Abbott are moot.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Motion to Dismiss [Doc. 99] filed by Defendant Mark Doyal and the Motion to Dismiss [Doc. 103] filed by Defendant Jeff Abbott are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: August 12, 2008

Martin Reidinger
United States District Judge